**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                                                      :
                                                                                 :        Chapter 7
JOHN VINCENT BIVONA,                                       :
                                                                                 :        Case No. 16-12961 (SCC)
                                               Debtor.            :
---------------------------------------------------------x
GREGORY M. MESSER, as Chapter 7            :
Trustee of the Estate of John Vincent Bivona,   :
                                                                                 :
                                             Plaintiff,            :
                                                                                 :
            -against-                                                  :        Adv. Pro. No. 18-01666
                                                                                 :
FRANK MAZZOLA AND MICHELE               :
MAZZOLA,                                                         :
                                                                                 :
                                           Defendant.         :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                               ) ss.:
COUNTY OF NEW YORK    )

Kristen Strine, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 22nd day of October, 2018, I served copies of:

- Trustee's Complaint Seeking: (I) Avoidance of Fraudulent and Preferential Transfers; and (II) Related Relief [Docket No. 1]; and

- Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket 2];

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

|  |  |
|---|---|
| Sworn to and subscribed before me this<br>22nd day of October, 2018 | */s/Kristen Strine*<br>Kristen Strine |

*/s/Christopher J. Reilly*
Christopher J. Reilly
Notary Public, State of New York
No. 02RE6297793
Qualified in Kings County
Commission Expires March 3, 2022

## Schedule A

Frank Mazzola
27 Dogwood Hill Road
Saddle River, NJ 07458

Michele Mazzola
27 Dogwood Hill Road
Saddle River, NJ 07458